**Fill in this information to identify the case:**

Debtor name: **Falling Leaves Recovery, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION**

Case number (if known): **17-23651-BKC-RBR**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☒ No. Go to Part 2.
    ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Andy's Pool Service**<br><br>**PO Box 414646**<br>**Miami Beach, FL 33141-0646**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$800.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Apple**<br><br>**1035 NE 125th St Ste 200**<br>**North Miami, FL 33161-5840**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$1,242.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Balta Psychiatric Consultation**<br><br>**600 Minorca Ave**<br>**Coral Gables, FL 33134-3757**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$7,000.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Best Office Coffee Service, Inc.**<br><br>**13130 SW 130th Ter**<br>**Miami, FL 33186-5895**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$2,394.00** |

| Debtor | **Falling Leaves Recovery, LLC** | Case number (if known) | **17-23651-BKC-RBR** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Best Vertical Blinds**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$18,000.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Bilzin Sumberg Baena Price & Axelrod LLP**<br><br>**1450 Brickell Ave Ste 2300**<br>**Miami, FL 33131-3456**<br>Date(s) debt was incurred __<br>Last 4 digits of account number  **2322** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$294,104.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Camp SoBe Well**<br><br>**5226 Alton Rd**<br>**Miami Beach, FL 33140-2005**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$12,885.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Care Greeen Landscaping LLC**<br><br>**12075 SW 45th St**<br>**Miami, FL 33175-4705**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,000.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Casa Bella - Toy 14 Inc & Fraisant Enter**<br><br>**180 Island Dr**<br>**Key Biscayne, FL 33149-2410**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$331,100.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Copeco, Inc. dba Seamless Solutions**<br><br>**7786 Blankenship Dr**<br>**Houston, TX 77055-1002**<br>Date(s) debt was incurred __<br>Last 4 digits of account number  **8210** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,338.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Crystal Springs**<br><br>**6750 Discovery Blvd**<br>**Mableton, GA 30126-4646**<br>Date(s) debt was incurred __<br>Last 4 digits of account number  **4824** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$438.00** |

| Debtor | **Falling Leaves Recovery, LLC** | Case number (if known) | **17-23651-BKC-RBR** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Daimler Truck Financial**<br><br>**PO Box 5260**<br>**Carol Stream, IL 60197-5260**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **7001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Florida Helathcare Law Firm**<br><br>**909 SE 5th Ave Ste 200**<br>**Delray Beach, FL 33483-5172**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $6,587.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Green Team Service Corporation**<br><br>**4811 SW 28th Ave**<br>**Fort Lauderdale, FL 33312-5849**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $955.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Lift Station**<br><br>**5511 NW 37th Ave**<br>**Miami, FL 33142-2717**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $375.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Medex Plus**<br><br>**4201 NE 15th Ave**<br>**Pompano Beach, FL 33064-5902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $48,444.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Medical Mime**<br><br>**400 S Australian Ave # 855**<br>**West Palm Beach, FL 33401-5045**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,000.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**MJL Painting, LLC**<br><br>**1990 NE 163rd St Ste 218**<br>**North Miami Beach, FL 33162-4854**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $69,975.00 |

Debtor **Falling Leaves Recovery, LLC**  
<sub>Name</sub>

Case number (if known) **17-23651-BKC-RBR**

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,000.00** |
|---|---|---|---|
| | **Novelette Wallace  (Board)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **7771 W Oakland Park Blvd Ste 170** | ☐ Disputed | |
| | **Sunrise, FL 33351-6705** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,271.00** |
|---|---|---|---|
| | **Nurses PRN of Florida LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 9310** | ☐ Disputed | |
| | **Winter Haven, FL 33883-9310** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,076.00** |
|---|---|---|---|
| | **Plant Care** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 50115** | ☐ Disputed | |
| | **Lighthouse Point, FL 33074-0115** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$999,920.00** |
|---|---|---|---|
| | **TCRG Opportunity IV, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **5201 Camp Bowie Blvd Ste 200** | ☐ Disputed | |
| | **Fort Worth, TX 76107-4878** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,400.00** |
|---|---|---|---|
| | **Theodore Beddoe** | ☐ Contingent | |
| | **c/o Law Offices of Levy & Levy, PA** | ☐ Unliquidated | |
| | **1000 Sawgrass Corporate Parkway South Pt** | ☐ Disputed | |
| | **Sunrise, FL 33323** | | |
| | Date(s) debt was incurred **08/06/2018** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Chad E. Levy, ESQ**<br>**1000 Sawgrass Corporate Pkwy Ste 588**<br>**Sunrise, FL 33323-2871** | Line  **3.23**<br><br>☐   Not listed. Explain ____ | __ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  +  $ | **1,913,304.00** |

Debtor  **Falling Leaves Recovery, LLC**                                        Case number (if known)  **17-23651-BKC-RBR**
        Name

**5c. Total of Parts 1 and 2**                                    5c.    $              **1,913,304.00**
    Lines 5a + 5b = 5c.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Falling Leaves Recovery, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | 17-23651-BKC-RBR |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 19, 2018**      X /s/ _____
                                        Signature of individual signing on behalf of debtor

_____
Printed name

_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Falling Leaves Recovery, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known): **17-23651-BKC-RBR**

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **0.00**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **1,913,304.00**

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                                          $ **1,913,304.00**

**United States Bankruptcy Court**
**Southern District of Florida, Fort Lauderdale Division**

**IN RE:** Case No. **17-23651-BKC-RBR**

**Falling Leaves Recovery, LLC** Chapter **7**

Debtor(s)

**AMENDED VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 19, 2018**   Signature: **/s/**
, Debtor

Date:   Signature:
Joint Debtor, if any

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Andy's Pool Service
PO Box 414646
Miami Beach, FL   33141-0646


Apple
1035 NE 125th St Ste 200
North Miami, FL   33161-5840


Balta Psychiatric Consultation
600 Minorca Ave
Coral Gables, FL   33134-3757


Best Office Coffee Service, Inc.
13130 SW 130th Ter
Miami, FL   33186-5895


Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Ave Ste 2300
Miami, FL   33131-3456


Camp SoBe Well
5226 Alton Rd
Miami Beach, FL   33140-2005


Care Greeen Landscaping LLC
12075 SW 45th St
Miami, FL   33175-4705
```

```
Casa Bella - Toy 14 Inc & Fraisant Enter
180 Island Dr
Key Biscayne, FL   33149-2410


Chad E. Levy, ESQ
1000 Sawgrass Corporate Pkwy Ste 588
Sunrise, FL   33323-2871


Copeco, Inc. dba Seamless Solutions
7786 Blankenship Dr
Houston, TX   77055-1002


Crystal Springs
6750 Discovery Blvd
Mableton, GA   30126-4646


Daimler Truck Financial
PO Box 5260
Carol Stream, IL   60197-5260


Florida Helathcare Law Firm
909 SE 5th Ave Ste 200
Delray Beach, FL   33483-5172


Green Team Service Corporation
4811 SW 28th Ave
Fort Lauderdale, FL   33312-5849
```

```
Lift Station
5511 NW 37th Ave
Miami, FL   33142-2717


Medex Plus
4201 NE 15th Ave
Pompano Beach, FL   33064-5902


Medical Mime
400 S Australian Ave # 855
West Palm Beach, FL   33401-5045


MJL Painting, LLC
1990 NE 163rd St Ste 218
North Miami Beach, FL   33162-4854


Novelette Wallace  (Board)
7771 W Oakland Park Blvd Ste 170
Sunrise, FL   33351-6705


Nurses PRN of Florida LLC
PO Box 9310
Winter Haven, FL   33883-9310


Plant Care
PO Box 50115
Lighthouse Point, FL   33074-0115
```

```
TCRG Opportunity IV, LLC
5201 Camp Bowie Blvd Ste 200
Fort Worth, TX   76107-4878


Theodore Beddoe
c/o Law Offices of Levy & Levy, PA
1000 Sawgrass Corporate Parkway South Pt
Sunrise, FL   33323
```